**Eva Reak, Plaintiff-Appellant, v. First State Bank of Elizabethtown, an Illinois Corporation, Dorothy Barnerd and Troy Barnerd, Defendants-Appellees.**

Gen. No. 68–61. (Abstract of Decision.)

Fifth District.

November 17, 1969.

Rehearing denied January 7, 1970.

J. D. Quarant, of Elizabethtown, for appellant; Harris, Holbrook & Lambert, of Marion, for appellees Dorothy and Troy Barnerd, and James G. Gullett, of Elizabethtown, for appellee First State Bank of Elizabethtown. Opinion by JUSTICE MORAN. Not to be published in full.